**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Ja Ja D. B. Okera, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2009-135046

———————

Appeal from the Administrative Law Court
Carolyn Matthews, Administrative Law Judge

———————

Memorandum Opinion No. 2012-MO-042
Submitted October 15, 2012 – Filed October 24, 2012

———————

**AFFIRMED**

———————

Ja Ja D.B. Okera, of Ridgeland, *pro se,* Appellant.

Lake E. Summers and Katherine A. Phillips, both of
Malone Thompson Summers & Ott, of Columbia, for the
South Carolina Department of Corrections.

———————

**PER CURIAM:** This is a direct appeal from an order of the Administrative Law Court dismissing the appeal from the Department of Corrections' denial of Appellant's inmate grievance based on his failure to comply with the relevant statute of limitations set forth in the Department's internal policy. We affirm

pursuant to Rule 220(b)(1), SCACR, and the following authorities: *Al-Shabazz v. State*, 338 S.C. 354, 527 S.E.2d 742 (1999) (approving Department of Corrections' internal procedures for discipline and grievances, which specify a fifteen-day time limit for filing for grievances).


**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**